IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00738-ZLW

DAVID G. PFLUM,

    Applicant,

v.

R. WILEY, Warden,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 1 0 2006

GREGORY C. LANGHAM
CLERK

_____

## ORDER DENYING MOTION TO RECONSIDER

_____

This matter is before the Court on the motion titled "Motion for Reconsideration

of Order and Judgment of Dismissal" submitted *pro se* by Applicant David G. Pflum

and filed with the Court on June 14, 2006. Mr. Pflum seeks reconsideration of the

order and judgment entered on May 30, 2006, and filed on May 31, 2006, denying his

application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (1994). Mr. Pflum

is a prisoner in the custody of the United States Bureau of Prisons who currently is

incarcerated at the Federal Prison Camp in Florence, Colorado.

The Court must construe the motion to reconsider liberally because Mr. Pflum is

proceeding *pro se*. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v.

Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the

liberally construed motion to reconsider will be denied.

The Court denied the application and dismissed the action for failure to cure

and for failure to prosecute. The reasons for the dismissal are explained in greater

detail in the May 31, 2006, order.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). A postjudgment motion filed within ten days of a final judgment should be construed as a Rule 59(e) motion. *Id.*; *see also Dalton v. First Interstate Bank*, 863 F.2d 702, 703 (10th Cir. 1988). A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). *Van Skiver*, 952 F.2d at 1243.

Final decisions are those that end the litigation on the merits and leave nothing for the district court to do except execute the judgment. *Van Cauwenberghe v. Biard*, 486 U.S. 517, 521-22 (1988); *In re Durability, Inc.*, 893 F.2d 264, 265 (10th Cir. 1990). "It is well settled that an order dismissing the action . . . is a final judgment." *Sherr v. Sierra Trading Corp.*, 492 F.2d 971, 978 (10th Cir. 1974). The May 31, 2006, order denied the application, dismissed the action, and entered judgment in favor of Respondent and against Applicant. The instant motion was filed on June 14, 2006. Applicant has filed the motion within ten days of the final judgment in the instant action. *See* Fed. R. Civ. P. 6(a). Therefore, the motion properly is filed as a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e).

A motion to reconsider that reiterates issues originally raised in the application and that seeks to challenge the legal correctness of the court's judgment by arguing

that the district court misapplied the law or misunderstood the litigant's position correctly

is asserted pursuant to Fed. R. Civ. P. 59(e). *See Van Skiver*, 952 F.2d at 1244.

Upon consideration of the entire file, the Court finds and concludes that Mr.

Pflum fails to demonstrate some reason why the Court should reconsider and

vacate its decision to dismiss this action. Contrary to Mr. Pflum's allegations in

the motion to reconsider, no money order for the $5.00 filing fee has been received

and docketed by the Court in this action.  Therefore, the motion to reconsider will be

denied.  Accordingly, it is

ORDERED that the motion titled "Motion for Reconsideration of Order and

Judgment of Dismissal" submitted *pro se* by Applicant David G. Pflum and filed with the

Court on June 14,  2006, and which the Court has construed liberally as filed pursuant

to Fed. R. Civ. P. 59(e), is denied.

DATED at Denver, Colorado, this _10_ day of _____ July _____, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00738-BNB

David G. Pflum
Reg. No. 14685-031
FPC  — Florence
PO Box 5000
Florence, CO 81226

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/10/06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk